|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ALEJANDRO OSORIO AMAYA, | CASE NO. 24-cv-00196 |
| --- | --- |
| Plaintiff, | ORDER TO FILE NOTICE OF WITHDRAWAL IN ACCORDANCE WITH LCR 83.2 |
| v. | |
| SENTRY CREDIT INC. ET AL , | |
| Defendant, Third-Party Plaintiff. | |
| v. | |
| SENTRY CREDIT INC. ET AL , | |
| Third-Party Defendant. | |

This matter comes before the Court on attorney Bryce H. Dille's notice of withdrawal from representation of Third-Party Defendant Vista Property Management, LLC. Dkt. No. 16. Under LCR 83.2(b), "[n]o attorney shall withdraw an appearance in any case, civil or criminal, except by leave of court, unless the withdrawal complies with the requirements of subsections (b)(2) or (b)(3)." Under LCR 83.2(b)(3), when an attorney seeks to withdraw from representation of a client

**ORDER** TO FILE NOTICE OF WITHDRAWAL IN ACCORDANCE WITH LCR 83.2 - 1

represented by multiple attorneys at different firms, leave of court is not required, but the notice must be signed by the withdrawing *and* remaining attorneys. "If circumstances prevent obtaining the signature of the withdrawing attorney(s), the Notice must state those circumstances in sufficient detail to satisfy the court that those circumstances in fact preventing obtaining signature." *Id.*

Dille's notice does not satisfy LCR 83.2(b)(3). While Vista remains represented by Nicholas C. Larson of Murphy Pearson Bradley & Feeney, *See* Dkt. No. 13, Dille's notice does not include Larson's signature as required under LCR 83.2(b)(3), nor does Dille's notice explain his inability to obtain Larson's signature. *See* Dkt. No. 16.

Dille must file a notice of withdrawal in compliance with LCR 83.2 within 7 days of this Order or the request for withdrawal may be denied.

It is so ORDERED.

Dated this 10th day of June, 2024.

Jamal N. Whitehead
United States District Judge