UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEJANDRO OSORIO AMAYA,<br><br>Plaintiff,<br><br>v.<br><br>SENTRY CREDIT INC. ET AL ,<br><br>Defendant. | CASE NO. 24-cv-00196<br><br>ORDER CONTINUING TRIAL DATE AND RELATED DEADLINES |

The Court has considered the Parties' stipulated motion to continue, Dkt. No. 25, and finds good cause to continue the trial date and case schedule. Accordingly, the Court GRANTS the motion to continue. Dkt. No. 25. The new deadlines are below.

| | Current Deadline | New Deadline |
|---|---|---|
| Expert Disclosures | September 17, 2024 | January 15, 2025 |
| Amended Pleadings | September 17, 2024 | January 15, 2025 |
| Discovery Motions | October 17, 2024 | February 19, 2025 |
| Rebuttal Experts | October 17, 2024 | February 19, 2025 |

**ORDER** CONTINUING TRIAL DATE AND RELATED DEADLINES - 1

| Discovery Cutoff | November 18, 2024 | March 18, 2024 |
| --- | --- | --- |
| Dispositive Motions | December 16, 2024 | April 15, 2025 |
| Settlement Conference | February 14, 2024 | June 13, 2025 |
| Trial Briefs | April 1, 2025 | July 30, 2025 |
| Final Pretrial Conference | April 8, 2025 | August 6, 2025 |
| Trial | April 15, 2025 | August 18, 2025 |

Dated this 19th day of September, 2024.

Jamal N. Whitehead
United States District Judge

ORDER CONTINUING TRIAL DATE AND RELATED DEADLINES - 2