UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEJANDRO OSORIO AMAYA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SENTRY CREDIT, INC.,<br><br>　　　　　Defendant / Third-Party Plaintiff,<br><br>　v.<br><br>VISTA PROPERTY MANAGEMENT, LLC,<br><br>　　　　　　Third-Party Defendant. | C24-0196 TSZ<br><br>ORDER |

　　　THIS MATTER comes before the Court on third-party defendant Vista Property Management LLC's motion to dismiss third-party plaintiff Sentry Credit, Inc.'s third-party complaint, docket no. 19. Having reviewed the motion and the notice of non-opposition by Sentry Credit, Inc., *see* docket no. 22, and finding good cause, the Court hereby GRANTS the motion, DISMISSES Sentry's third-party complaint against Vista, docket no. 6, pursuant to FRCP 12(c), and ORDERS that any disputes arising from the Agreement for Collection Services (the "Agreement"), Morrison Decl. at Ex. A (docket

ORDER - 1

no. 21-1), between Sentry and Vista shall be resolved exclusively in arbitration in compliance with the terms of the Agreement.

The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 20th day of December, 2024.

Thomas S. Zilly
United States District Judge

ORDER - 2